
ORIGINAL

FILED

03/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0585

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0585

TIMOTHY J. WHALEN,

Plaintiff and Appellant,

and ELIZABETH BRIDGES,

Plaintiff,

v.

BEARTOOTH ELECTRIC CO-OP, INC.,

Defendant and Appellee.

**FILED**

MAR 0 2 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to Appellant Timothy J. Whalen's motion for extension of time to file his opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until March 13, 2023, to file his opening brief.

DATED this ____ day of March, 2023.

For the Court,

_____
Chief Justice